UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **ANGELA BOAMAH,** | \* |
| | \* |
| Petitioner | \* |
| | \* |
| v. | \*   Case 8:24-CV-02661-TDC |
| | \* |
| **SOLOMON ARKORFUL,** | \* |
| | \* |
| Respondent | \* |

## ENTRY OF APPEARANCES

TO THE CLERK:

Please enter the appearances of Carl A. Ward, Esquire, and Paré and Associates, LLC, as counsel of record for Respondent, Solomon Arkorful, in the above-captioned matter.

Respectfully Submitted,

PARÉ AND ASSOCIATES, LLC

/s/ Alice Paré, Esquire
Alice Paré, Esquire
Federal Bar ID:  09545
20300 Seneca Meadows Pkwy, Ste 210
Germantown, MD  20876
(301) 515-1190
alicepare@alicelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd \day of October, 2024, the aforegoing Entry of Appearances was served via CM/ECF on counsel for Petitioner, namely:

Stephen J. Cullen, Esquire
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD  21202

/s/ Alice Paré, Esquire
Alice Paré, Esquire